**Affirmed and Memorandum Opinion filed May 15, 2018.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-17-00586-CR
## NO. 14-17-00587-CR

---

## FATEH FATHULLA AL-SAADI, Appellant

## V.

## THE STATE OF TEXAS, Appellee

---

### On Appeal from the 339th District Court
### Harris County, Texas
### Trial Court Cause Nos. 1504273 & 1504274

---

## M E M O R A N D U M    O P I N I O N

Appellant appeals his convictions for harassment of a public servant and retaliation. Appellant's appointed counsel filed a brief in which he concludes the appeals are wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967), by presenting a professional evaluation of the record and demonstrating why there are no arguable grounds to be advanced. *See High v. State*, 573 S.W.2d 807, 811–13 (Tex. Crim. App. 1978).

A copy of counsel's brief was delivered to appellant. Appellant was advised of the right to examine the appellate record and file a pro se response. *See Stafford v. State*, 813 S.W.2d 503, 512 (Tex. Crim. App. 1991). As of this date, more than 60 days have passed and no pro se response has been filed.

We have carefully reviewed the record and counsel's brief and agree the appeals are wholly frivolous and without merit. Further, we find no reversible error in the record. We are not to address the merits of each claim raised in an *Anders* brief or a pro se response when we have determined there are no arguable grounds for review. *See Bledsoe v. State*, 178 S.W.3d 824, 827–28 (Tex. Crim. App. 2005).

Accordingly, the judgments of the trial court are affirmed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Christopher and Jamison.
Do Not Publish — Tex. R. App. P. 47.2(b).